Filed 7/1/24  P. v. Gutierrez CA2/2

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | B328571 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA485722) |
| v. | |
| CHRISTOPHER GUTIERREZ, | |
| Defendant and Appellant. | |

THE COURT:

Christopher Gutierrez (defendant) appeals his judgment of conviction for attempting to commit a lewd act upon a child under the age of 14 years by use of force, violence, duress, menace, or fear of immediate and unlawful bodily injury.  His appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), raising no issues.  On February 6, 2024, we sent defendant a letter notifying him of his counsel's brief and gave

him leave to file, within 30 days, his own brief or letter stating any grounds or argument he might wish to have considered. Defendant requested an extension of time to file a response and we granted him an additional 30 days.  That time has elapsed, and defendant has submitted no brief or letter.  We have reviewed the entire record and, finding no arguable issues, affirm the judgment.

On February 11, 2020, 11-year-old K.J. was walking home from school when defendant, who was driving down the street, pulled over and asked her for directions.  K.J. responded that she could not help and continued walking home.  A few minutes later, defendant stopped again near an alley, and through the open driver's side window, called K.J. over to him.  When K.J. approached the vehicle, defendant grabbed her by the arm and put her hand over a manila folder sitting on his lap.  Defendant then moved the folder and tried to put K.J.'s hand under the folder.  Defendant's pants were open, and when K.J. pulled back from the truck, she saw defendant's penis.  K.J. quickly ran away from the truck until she saw her friend Rosa and they walked together to K.J.'s home.  K.J. and her mother went to the police and reported the incident.  The police identified defendant as the registered owner of the vehicle from video surveillance footage.

Defendant proceeded to trial by jury and was convicted of the crime of attempted aggravated lewd conduct on a child under age 14, as proscribed by Penal Code section 288, subdivision (b)(1).  Defendant waived jury trial on, and stipulated to, the aggravating factors set forth in California Rules of Court, rule 4.421(b)(1) (defendant engaged in violent conduct), rule 4.421(b)(2) (numerous or increasingly serious prior convictions), and rule 4.421(b)(3) (defendant served a prior prison term).  The

trial court sentenced defendant to the midterm of four years.

Defendant filed a timely notice of appeal.

We have independently examined the entire record on appeal and are satisfied that defendant's appellate counsel has fully complied with her responsibilities and that no arguable issues exist. (*Wende*, *supra*, 25 Cal.3d at p. 441.)

Defendant has, by virtue of counsel's compliance with the *Wende* procedure and our independent review of the record, received adequate and effective appellate review of the judgment entered against him in this case. (See *Smith v. Robbins* (2000) 528 U.S. 259, 278; *People v. Kelly* (2006) 40 Cal.4th 106, 123-124.)

## DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS</u>.

_____

LUI, P. J.,          CHAVEZ, J.,         HOFFSTADT, J.